**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7163

JAMES ANTHONY PRIMUS,

Plaintiff - Appellant,

v.

BRYAN STIRLING, SCDC Director; TIFFANY N. RICHARDSON, ODC,

Defendants – Appellees,

and

MR. WILLIAM BYARS,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph F. Anderson, Jr., District Judge. (4:13-cv-00768-JFA)

Submitted: September 23, 2014        Decided: September 26, 2014

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Anthony Primus, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Primus appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Primus' motion for appointment of counsel and affirm for the reasons stated by the district court. Primus v. Stirling, No. 4:13-cv-00768-JFA (D.S.C. July 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED